**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ENELDA DEL CARMEN BETANCUR-GOMEZ** | **CIVIL ACTION NO. 3:26-CV-2157** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER, ET AL** | **MAG. JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. 13] having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Enelda Del Carmen Betancur-Gomez's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 3rd day of November, 2026.

David C Joseph
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE